AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

JUAN PEREZ-MONSIVAIS

CASE NUMBER: _08 CR 2438 DMS_

I, JUAN PEREZ-MONSIVAIS, the above named defendant, who is accused of committing

the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _07/24/08_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_JUAN PEPEZ MONSIVAIS_
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer